AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Emmanuel Egbosimba, individually and as Officer of Simple Assurance LLC.
was received by me on *(date)* 6/25/20 .

☑ I personally served the summons on the individual at *(place)* 50 Pin Oak Drive Trenton, NJ 08638 on *(date)* 7/3/20 AT 7:15 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Emmanuel Egbosimba , who is designated by law to accept service of process on behalf of *(name of organization)* Simple Assurance LLC A/K/A Sample Assurance LLC on *(date)* 7/3/20 at 7:15 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ — for travel and $ — for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/16/2020

Server's signature

Brian Hamid
Printed name and title

YI LUO
Notary Public, State of New York
Registration No. 01LU6365477
Qualified in Nassau County
Commission Expires October 10, 2021

152-53 W 11th Ave Whitestone, NY 11357
Server's address

Additional information regarding attempted service, etc:

40 yrs, Male, Black, 180 lbs, 5'10

Scanned with CamScanner