IFEOMA Y. EJEZIE, ESQ
NJ Bar No.: 037602004
EJEZIE LAW FIRM, LLC
6 South Broad Street, Fl. 2L
Elizabeth, New Jersey 07202
Ph: (908) 469-4888
Fax: (908) 469-4889
Ejezielawfirm@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DRU CAPITAL LLC,<br>2008 FOXMEADOW WAY<br>BOWIE, MD 20721 and<br>CHIGOZIE OBASI AGBAFOR, d/b/a<br>ACO LOGISTICS<br>8310 JORINE DR. Dr.<br>HOUSTON, TX 77036-7336, | CIVIL CASE NO. 3:20-cv-07696 |
| Plaintiffs, | |
| v. | |
| EMMANUEL EGBOSIMBA, INDIVIDUALLY and as OFFICER OF SIMPLE ASSURANCE LLC, and SIMPLE ASSURANCE LLC a/k/a SAMPLE ASSURANCE LLC, 50 PIN OAK DRIVE, TRENTON, NEW JERSEY 08638, | **DEFAULT**<br>**JUDGMENT ORDER** |
| Defendants. | |

1

This matter came before the Court on Plaintiff's application for default judgment against Defendants, Simple Assurance LLC a/k/a Sample Assurance LLC and Emmanuel Egbosimba, under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

1. A default was entered by the Clerk of the Court against Defendant Simple Assurance LLC a/k/a Sample Assurance LLC and Emmanuel Egbosimba on August 6, 2020.

2. Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

3. Defendant did not appear or otherwise defend in this action.

THEREFORE, IT IS ADJUDGED AND ORDERED that:

I.

Defendants Simple Assurance LLC and Emmanuel Egbosimba breached the contract he entered with Dru Capital LLC and CHIGOZIE OBASI AGBAFOR, d/b/a ACO LOGISTICS.

II.

Defendants Simple Assurance LLC and Emmanuel Egbosimba committed conversion of plaintiffs' funds.

III.

Defendants Simple Assurance LLC and Emmanuel Egbosimba committed unjust enrichment. IV. Defendants Simple Assurance LLC and Emmanuel Egbosimba committed common law fraud. V. Defendants Simple Assurance LLC and Emmanuel Egbosimba committed wire fraud.

VI.

Defendants Simple Assurance LLC and Emmanuel Egbosimba committed intentional misrepresentation.

VII.

Restraining order and injunction are necessary to safeguard the availability of the monies in question.

This Court shall maintain jurisdiction over this matter until August _____, 2023 to enforce this Order, and to award such other equitable and further relief as the Court deems just and proper.


IT IS SO ORDERED this __19____ day of __August__, 2020

**TRUE AND CERTIFIED COPY**
**Jamie Quinn**
**9:13 am, Aug 19 2020**

_/s/ Jamie Quinn (Clerk)__