**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DRU CAPITAL LLC, ET AL.., | 3:20-CV-07696 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| EMMANUEL EGBOSIMBA AND SIMPLE ASSURANCE LLC | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SANTANDER BANK, N.A,
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1700 NOTHINGHAM WAY, HAMILTON, NJ 08619

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

EJEZIE LAW FIRM, LLC.
6 SOUTH BROAD STREET, FLOOR 2L
ELIZABETH, NEW JERSEY 07202

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

SERVE ON SANTANDER BANK, N.A. AND REQUEST THE CHECK IMMEDIATELY.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: (215)626-6328
DATE: 11/24/2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. SD | District to Serve No. SD | Signature of Authorized USMS Deputy or Clerk  C. Robert | Date  7 Dec 2020 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
MANager MARIA PARIS-OLIVEIRA

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
466 Broad St
Newark NJ, 07607

Date: 12/7/20  Time: 3:00 pm

Signature of U.S. Marshal or Deputy: DUSM SKutka

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | $1.72/100 | | $66.72/100 | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE

PRIOR EDITIONS MAY BE USED